**UNITED STATES, Appellee,**

v.

**Jesus Manuel ROSA–AGOSTO, Defendant, Appellant.**

No. 04–2703.

United States Court of Appeals, First Circuit.

Oct. 4, 2005.

Jesus Manuel Rosa–Agosto on brief pro se.

Nelson Perez–Soto, Assistant U.S. Attorney, and H.S. Garcia, United States Attorney, on brief for appellee.

Before SELYA, Circuit Judge, STAHL, Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

After carefully reviewing the record and briefs on appeal we *affirm* the decision below.

Among other problems, the appellant failed to make any showing that the amendment would operate to reduce his guideline range. 18 U.S.C. § 3582(c)(2). As amended, he could obtain concurrent sentences under U.S.S.G. § 5G1.3(b) only if the state sentences were used as relevant conduct and they were the basis for an increase in his offense level. He made no showing that the requirements were satisfied.

*Affirmed.* 1st Cir. R. 27(c)